UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL GIFFORD                          CIVIL ACTION

VERSUS                                   NO. 07-1063

TIMOTHY WILKINSON, WARDEN                SECTION "N"(4)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on November 5, 2009 (Rec. Doc. No. 15), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Michael Gifford's petition for issuance of a Writ of Habeas Corpus, pursuant to Title 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 16th day of November, 2009.

UNITED STATES DISTRICT JUDGE

